UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-7589 CAS (PLAx) | Date | June 6, 2013 |
|---|---|---|---|
| Title | CRISTINA GUTIERREZ, ET AL. V. COUNTY OF LOS ANGELES, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants |
|---|---|
| Not present | Not present |

**Proceedings:**     (In Chambers:) **PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT HEARING** (filed May 31, 2013) [Dkt. No. 49]

    The Court is in receipt of plaintiff's ex parte application to continue the hearing on defendants' motion for summary judgment, currently scheduled for June 24, 2013.

    After considering the application and defendants' opposition thereto, the Court hereby **CONTINUES** the hearing on defendants' motion for summary judgment, Dkt. No. 46, to **July 15, 2013, at 10:00 AM.** Plaintiff shall file an opposition on or before June 24, 2013. Defendants may file a reply, if any, on or before July 1, 2013.

    All other dates in this action shall remain as presently scheduled.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | MS | |