Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Erica Bianco, State Bar No. 254988
E-Mail: ebianco@hurrellcantrall.com
HURRELL CANTRALL LLP
700 South Flower Street, Suite 900
Los Angeles, California 90017-4121
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants COUNTY OF LOS ANGELES, DEPUTY REYES, DEPUTY D. PAYNE and CAPTAIN MATT DENDO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CRISTINA GUTIERREZ, HECTOR GUTIERREZ SR., HECTOR GUTIERREZ JR., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, Deputy REYES #480735, individually and as a peace officer, Deputy D. PAYNE #470624 individually and as a peace officer, STEVE SUZUKI #259461, CAPTAIN MATT DENDO and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. CV10-07589 CAS (PLAx) <br><br> [~~PROPOSED~~] JUDGMENT FOLLOWING JURY VERDICT <br><br> Trial Date:   August 20, 2013 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The above-entitled action came on regularly for trial on August 20, 2013, at 1:30 p.m., in Courtroom "5" of the United States District Court, Central District of California, Western Division, with The Honorable Christina A. Snyder, presiding. Plaintiffs HECTOR GUTIERREZ, CRISTINA GUTIERREZ, and HECTOR GUTIERREZ, JR. were represented by and through their attorneys of record Thomas E. Beck, Esq., of The Beck Law firm. Defendants COUNTY OF LOS ANGELES, Sergeant DAVID PAYNE, Detective ROBERT REYES, and Captain

MATT DENDO were represented by and through their counsel of record Thomas C. Hurrell, Esq. and Erica Bianco, Esq., of Hurrell Cantrall LLC.

A jury of eight (8) persons was regularly impaneled and sworn on August 20, 2012.  One (1) juror was dismissed on August 21, 2013.  Witnesses were sworn and testified.  After hearing evidence and arguments of counsel, the jury was duly instructed by the Court, and the cause was submitted to the jury with directions to return a verdict as to the claims against defendants COUNTY OF LOS ANGELES, Sergeant DAVID PAYNE, Detective ROBERT REYES and Captain MATT DENDO.  The jury deliberated and thereafter returned to the Court on August 27, 2013, with a seven (7) to zero (0) verdict in favor of defendants COUNTY OF LOS ANGELES, Sergeant DAVID PAYNE, Detective ROBERT REYES and Captain MATT DENDO.

Specifically, the jury found in favor of defendants COUNTY OF LOS ANGELES, Sergeant DAVID PAYNE, Detective ROBERT REYES and Captain MATT DENDO on the special verdict with respect to the following questions submitted:

**QUESTION NO. 1**

Do you find by a preponderance of the evidence that defendant Roberto Reyes violated plaintiff Hector Gutierrez Jr.'s First Amendment rights?

Roberto Reyes                                         Yes____     No__√_

**QUESTION NO. 2**

Do you find by a preponderance of the evidence that either, or both, of the following defendants violated plaintiff Hector Gutierrez Jr.'s Fourth Amendment rights by seizing him unreasonably?

| | | |
|---|---|---|
| Roberto Reyes | Yes____ | No__√__ |
| David Payne | Yes____ | No__√__ |

**QUESTION NO. 3**

Do you find by a preponderance of the evidence that either, or both, of the following defendants violated plaintiffs Cristina Gutierrez and Hector Gutierrez Sr.'s Fourth Amendment rights by searching their rooms?

**As to Cristina Gutierrez**:

| | | |
|---|---|---|
| Roberto Reyes | Yes____ | No__√__ |
| David Payne | Yes____ | No__√__ |

**As to Hector Gutierrez Sr.:**

| | | |
|---|---|---|
| Roberto Reyes | Yes____ | No__√__ |
| David Payne | Yes____ | No__√__ |

**QUESTION NO. 4**

Do you find by a preponderance of the evidence that either, or both, of the following defendants violated plaintiffs Cristina Gutierrez and Hector Gutierrez Sr.'s Fourth Amendment rights by seizing their property?

**As to Cristina Gutierrez:**

| | | |
|---|---|---|
| Roberto Reyes | Yes____ | No__√__ |
| David Payne | Yes____ | No__√__ |

**As to Hector Gutierrez Sr.:**

| | | |
|---|---|---|
| Roberto Reyes | Yes____ | No__√__ |
| David Payne | Yes____ | No__√__ |

**QUESTION NO. 5**

Do you find by a preponderance of the evidence that Captain Matt Dendo violated plaintiff Cristina Gutierrez or Hector Gutierrez Sr.'s Fourteenth Amendment rights by failing to properly return seized property?

**As to Cristina Gutierrez:**
Yes____     No__√_

**As to Hector Gutierrez Sr.:**
Yes____     No__√_

**QUESTION NO. 6**

Do you find by a preponderance of the evidence that either, or both, of the following defendants falsely imprisoned plaintiff Hector Gutierrez Jr.?

Roberto Reyes                Yes____     No__√_
David Payne                  Yes____     No__√_

**QUESTION NO. 7**

Do you find by a preponderance of the evidence that any of the following defendants wrongfully converted the property of plaintiffs Cristina Gutierrez or Hector Gutierrez Sr.?

**As to Cristina Gutierrez:**
Roberto Reyes                Yes____     No__√_
David Payne                  Yes____     No__√_

**As to Hector Gutierrez Sr. :**
Roberto Reyes                Yes____     No__√_
David Payne                  Yes____     No__√_

**QUESTION NO. 8**

Do you find by a preponderance of the evidence that any of the following defendants intentionally inflicted emotional distress as to plaintiffs Cristina Gutierrez, Hector Gutierrez Sr., or Hector Gutierrez Jr.?

**As to Cristina Gutierrez:**

| | | |
|---|---|---|
| Roberto Reyes | Yes____ | No__√_ |
| David Payne | Yes____ | No__√_ |
| Matt Dendo | Yes____ | No__√_ |

**As to Hector Gutierrez Sr.:**

| | | |
|---|---|---|
| Roberto Reyes | Yes____ | No__√_ |
| David Payne | Yes____ | No__√_ |
| Matt Dendo | Yes____ | No__√_ |

**As to Hector Gutierrez Jr.:**

| | | |
|---|---|---|
| Roberto Reyes | Yes____ | No__√_ |
| David Payne | Yes____ | No__√_ |
| Matt Dendo | Yes____ | No__√_ |

Now therefore, IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs HECTOR GUTIERREZ, CRISTINA GUTIERREZ, and HECTOR GUTIERREZ, JR. shall take nothing from defendants COUNTY OF LOS ANGELES, Sergeant DAVID PAYNE, Detective ROBERT REYES and Captain MATT DENDO, and that costs are awarded to defendants as determined by the costs bill to be submitted by defendants.

DATED: September 6, 2013     By: _____

          THE HONORABLE CHRISTINA A. SNYDER
          UNITED STATES DISTRICT JUDGE